Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorney for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

Marcus J. Bradley, Esq. (State Bar No. 174156)
mbradley@bradleygrombacher.com
Kiley L. Grombacher, Esq. (State Bar No. 245960)
kgrombacher@bradleygrombacher.com
Lirit A. King, Esq. (State Bar No. 252521)
lking@bradleygrombacher.com
**BRADLEY/GROMBACHER, LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589

Attorney for Plaintiff
TAMMY GUTIERREZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAMMY GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a corporation,<br><br>Defendant. | CASE NO.: 3:22-cv-05719-SK<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S DECISION ON MOTION FOR TRANSFER AND CONSOLIDATION UNDER 28 U.S.C. § 1407**<br><br>Complaint Filed: October 4, 2022 |

1   Plaintiff Tammy Gutierrez ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Samsung") stipulate and agree as follows:

WHEREAS, on October 4, 2022, Plaintiff filed her Class Action Complaint (the "Complaint") in the above-entitled action.

WHEREAS, on October 11, 2022, Plaintiff served the original summons and Complaint on Samsung Electronics America, Inc. ("Samsung").

WHEREAS, on October 7, 2022, Plaintiffs in a related action currently pending in this District, styled *Seirafi, et al. v. Samsung Electronics America, Inc.*, No. 3:22-cv-5176, filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings before the United States Judicial Panel on Multi-District Litigation (the "MDL Petition"), specifically listing this action for inclusion in any centralization order issued by the Panel. *In re: Samsung Customer Data Security Breach Litigation*, JPML Case No. 3055, ECF No. 1. Accordingly, the Panel's decision on the MDL Petition may directly impact this case and whether it proceeds in this Court.

WHEREAS, in light of the possibility that this action might not proceed in this Court, the parties agree that a stay of these proceedings during the pendency of the MDL Petition would save judicial and party resources.

WHEREAS, courts routinely stay proceedings pending a determination of a motion to transfer and consolidate pursuant to 28 U.S.C. § 1407. *See*, *e.g.*, *Jones v. Bristol-Myers Squibb Co.*, 2013 WL 3388659, at *2 (N.D. Cal. July 8, 2013) (consistent with majority of courts, "courts in this district … have granted motions to stay in order to preserve judicial resources" pending MDL resolution).

/ / /

/ / /

/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that this action be stayed pending the Panel's determination on the MDL Petition. Should the Panel deny centralization of the actions that are the subject of the MDL Petition (including this one), the parties will confer and jointly submit a proposed order lifting the stay for the Court's review and approval, which will include a deadline for Samsung's response to the Complaint.

**IT IS SO STIPULATED.**

Dated:  October 26, 2022                                    **HUNTON ANDREWS KURTH LLP**


By:      /s/ Jason J. Kim
             Jason J. Kim
             Attorney for Defendant
             SAMSUNG ELECTRONICS AMERICA, INC.


Dated:  October 26, 2022                                    **BRADLEY/GROMBACHER, LLP**


By:      /s/ Kiley L. Grombacher
             Kiley L. Grombacher
             Attorney for Plaintiff
             TAMMY GUTIERREZ


### ATTESTATION

I, Jason J. Kim, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.


Dated:  October 26, 2022                                         /s/ Jason J. Kim
                                                                              Jason J. Kim

Pursuant to the parties' stipulation, the Court HEREBY STAYS this action pending the Panel's determination on the MDL Petition.

**IT IS SO ORDERED.**

Dated: October 27, 2022

_____
Sallie Kim
United States Magistrate Judge

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

074287.0000067 EMF_US 91701085v5